IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN C. NG, | No. C-06-3709 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

In an order filed June 14, 2006, the Court denied plaintiff's application to proceed in forma pauperis in the above-titled action, and ordered him to pay the $350.00 filing fee no later than July 14, 2006. In said order, the Court notified plaintiff that if he failed to pay the filing fee by July 14, 2006, the instant action would be dismissed without prejudice. To date, plaintiff has not paid the requisite filing fee.

Accordingly, the instant action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 25, 2006

MAXINE M. CHESNEY
United States District Judge